IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KENNETH J. COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of the United States Magistrate Judge recommending that I grant the Commissioner's Motion for Summary Judgment, deny Plaintiff's Motion for Summary Judgment/Motion to Remand, and affirm the final decision of the Commissioner. The R & R was filed on August 5, 2014, and Plaintiff Kenneth J. Cooke filed a timely Objection on August 19, 2014. The Commissioner did not respond, and the matter is ripe for review. *See* Fed. R. Civ. P. 72(b)(2). After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, I hereby **OVERRULE** Plaintiff's Objection [ECF No. 20], **ADOPT** the R & R of the Honorable Joel C. Hoppe [ECF No. 19], **GRANT** the Commissioner's Motion for Summary Judgment [ECF No. 16], **DENY** Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 10], **AFFIRM** the final decision of the Commissioner, and **DISMISS** this case from the active docket of the Court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 12th day of September, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE